**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **3:CR-09-397** |
| | **:** | **(Caputo, J.)** |
| **MATTHEW NESTOR,** | **:** | **(Electronically Filed)** |
| **JASON HAYES, AND** | **:** | |
| **WILLIAM MOYER** | **:** | |

### DISCOVERY STATUS REPORT

In accordance with this Honorable Court's *Pretrial Order* dated December 15, 2009 (*Doc. Entry 20*), as amended thereafter by *Order* of this Honorable Court dated December 30, 2009 (*Doc. Entry 32*), the Defendant Jason Hayes, by and through his undersigned counsel, submits the following report concerning discovery in the above-captioned matter:

1.      On January 8, 2010, the government disclosed to undersigned counsel over 500 pages of discovery in electronic format, which materials undersigned counsel are in the process of reviewing.

2.      On January 12, 2010, undersigned counsel and counsel for the

government conducted a telephone conference to discuss discovery related matters.

3.     The government has indicated that additional discovery will be forthcoming.

4.     Undersigned counsel and counsel for the government have agreed to arrange for an examination of the physical evidence at a future date.

5.     Undersigned counsel and counsel for the government continue to be actively engaged in the discovery process.

Respectfully submitted,


  */s/ Frank W. Nocito, Esquire*
FRANK W. NOCITO (PA 39881)
63 Pierce Street
Kingston, PA 18704
(570) 283-0509 | (570) 288-0243 (Fax)
E-Mail: fwnocito@choiceonemail.com


  */s/ Philip Gelso, Esquire*
PHILIP GELSO (PA 81934)
Briechle & Gelso, LLC
63 Pierce Street
Kingston, PA 18704
(570) 763-0006 | (570) 288-0243 (Fax)
E-mail:  philip.gelso@briechle-gelso.com

Dated:       December 24, 2009       Counsel for the Defendant Jason Hayes

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **3:CR-09-397** |
| | : | **(Caputo, J.)** |
| **MATTHEW NESTOR,** | : | **(Electronically Filed)** |
| **JASON HAYES, AND** | : | |
| **WILLIAM MOYER** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I forwarded a true and correct copy of the foregoing "Status Report" to the following and in the manner as indicated below.

Service by ECF as follows:

Eric L. Gibson, Trial Attorney
US Department of Justice
601 D Street, NW
Patrick Henry Bldg., Suite 5536
Washington, DC  20004
Eric.Gibson2@usdoj.gov

Myesha Braden, Trial Attorney
US Department of Justice
601 D Street, NW
Patrick Henry Bldg., Suite 5536
Washington, DC  20004
Myesha.Braden@usdoj.gov


 */s/ Philip Gelso, Esquire*
PHILIP GELSO (PA 81934)
Briechle & Gelso, LLC
63 Pierce Street
Kingston, PA 18704
(570) 763-0006 | (570) 288-0243 (Fax)
E-mail:  philip.gelso@briechle-gelso.com

Dated:     January 15, 2010          Counsel for the Defendant Jason Hayes